UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| ASCENTIUM CAPITAL LLC, | * | CIVIL ACTION NO. 5:21-cv-00255 |
| Plaintiff, | * | JUDGE ELIZABETH E. FOOTE |
| v. | * | MAGISTRATE MARK L. HORNSBY |
| | * | |
| DIGITAL SIGN SOLUTIONS LLC and ARVIN WADDLES, | * | |
| | * | |
| | * | |
| Defendants. | * | |

**JUDGMENT**

**CONSIDERING** the *Motion for Default Judgment* (the "Motion") [Doc. 17] filed by Plaintiff, Ascentium Capital LLC ("Ascentium") and the record in this matter, the Court finds as follows:

1. On February 1, 2021, Ascentium filed a Complaint against Digital Sign Solutions, LLC and Arvin Waddles ("Mr. Waddles," and collectively with DSS, "Defendants"). See Doc. No. 1.

2. The Complaint was properly served on Mr. Waddles individually and as agent for DSS on March 3, 2021 while he resided at 4600 Victory Drive, Apt 73, Marshall Texas, 75672. *See* Doc. Nos. 9 and 10.

3. Despite service of the Complaint, Defendants have failed to file and Answer or otherwise defend the Complaint.

4.  On March 19, 2021, Ascentium filed an Amended Complaint and properly served the Amended Complaint on Defendants by mailing it to 4600 Victory Drive, Apt 73, Marshall Texas, 75672. *See* Doc. No. 12.

5.  Defendants have failed to file and Answer or otherwise defend the Amended Complaint.

6.  Ascentium's claim for damages under Counts Count I (fraud), Count II (conversion), and Count V (detrimental reliance) of the Amended Complaint are liquidated in amount.

Based upon the forgoing and all other matters of record,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Ascentium shall have and recover judgment against the Defendants as set forth herein;

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that the Defendants are liable, *in solido*, to Ascentium for the sum FIVE HUNDRED AND TWENTY-FIVE THOUSAND, THREE-HUNDRED AND NINE DOLLARS AND FIFTY CENTS ($525,309.50);

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that the Defendants are liable, *in solido*, for all prejudgment interest, calculated at the legal rate and accruing on the principal amount of this Judgment ($525,309.50) from February 1, 2021 through entry of Judgment herein;

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that Defendants are liable, *in solido*, for post judgment interest, calculated at the legal rate and accruing on the principal amount of this Judgment ($525,309.50) until paid in full.

Shreveport, Louisiana, this ___30th_____ day of June 2021.

ATTEST:   A TRUE COPY
DATE   7/9/2021
TONY R. MOORE, CLERK

BY *Angela Wilcotello*
Deputy Clerk, U.S. District Court
Western District of Louisiana

**FOR THE CLERK OF COURT,
TONY R. MOORE**

PAMELA P. MITCHELL
STAFF ATTORNEY